UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Mohamed Kaba**, and **Abdul Lee** <br><br> Plaintiffs, <br><br> v. <br><br> LABCORP DRUG DEVELOPMENT INC., <br><br> Defendant. | Cause No. 1:23-cv-00084-JMS-TAB |

## JOINT NOTICE OF RESOLUTION

As required by L.R. 7(h), counsel for Plaintiffs and Defendant LABCORP DRUG DEVELOPMENT INC. respectfully notify the Court that the parties have reached a tentative agreement to resolve all remaining claims in this lawsuit.

Respectfully submitted,

/s/ *Benjamin C. Ellis*
Benjamin C. Ellis
HKM EMPLOYMENT ATTORNEYS LLP
320 N. Meridian St., Ste. 615
Indianapolis, IN 46204
P/F   |   (317) 824-9747
Email   |   bellis@hkm.com

*Counsel for Plaintiffs Mohamed Kaba and Abdul Lee*

/s/ *John E. Phillips* (w/ permission)
John E. Phillips (admitted *Pro Hac Vice*)
Florida Bar No.: 823155
PHELPS DUNBAR LLP
100 South Ashley Drive, Suite 2000
Tampa, Florida 33602-5315
Telephone: 813-472-7550
Facsimile: 813-472-7570
Email: john.phillips@phelps.com

*Counsel for Defendant Labcorp Drug Development Inc.*