UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Mohamed Kaba**, and **Abdul Lee**  Plaintiffs,  v.  **LABCORP DRUG DEVELOPMENT INC.**, and **AEROTEK, INC.**,  Defendants. | Cause No. 1:23-cv-00084-JMS-TAB |

## ORDER GRANTING
## PLAINTIFFS' UNOPPOSED 3RD MOTION
## TO EXTEND DISMISSAL DEADLINE

Plaintiffs Mohamed Kaba and Abdul Lee, having filed *Plaintiffs' Unopposed 3rd Motion to Extend Dismissal Deadline*, and the Court, being duly advised, hereby GRANTS the motion.

It is therefore ORDERED that the parties' deadline to dismiss this lawsuit is extended by 14 days, to and including **March 28, 2024**.

SO ORDERED

_____          _____
Date                                                                          Hon. Tim A. Baker
                                                                                      United States District Court
                                                                                      Southern District of Indiana

DISTRIBUTION:

All CM/ECF-registered counsel of record