UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Mohamed Kaba**, and **Abdul Lee** <br><br> Plaintiffs, <br><br> v. <br><br> LABCORP DRUG DEVELOPMENT INC., <br><br> Defendants. | Cause No. 1:23-cv-00084-JMS-TAB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, by counsel, respectfully stipulate to the dismissal of this case, with prejudice, with each party bearing their own attorney fees and costs.

Respectfully submitted,

/s/ Benjamin C. Ellis
Benjamin C. Ellis
HKM EMPLOYMENT ATTORNEYS LLP
320 N. Meridian St., Ste. 615
Indianapolis, IN 46204
P/F       |  (317) 824-9747
Email    |  bellis@hkm.com

*Counsel for Plaintiffs Mohamed Kaba and Abdul Lee*

/s/ Erin L. Malone (w/ permission)
John E. Phillips
Erin L. Malone
PHELPS DUNBAR LLP
100 S. Ashley Dr., Ste. 2000
Tampa, FL 33602
Phone  |  (813) 472-7863
Fax       |  (813) 472-7570
Email   |  john.phillips@phelps.com
              erin.malone@phelps.com

*Counsel for Defendant LABCORP DRUG DEVELOPMENT INC.*