UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Mohamed Kaba**, and **Abdul Lee**<br><br>Plaintiffs,<br><br>v.<br><br>LABCORP DRUG DEVELOPMENT INC.,<br><br>Defendants. | Cause No. 1:23-cv-00084-JMS-TAB |

> Dismissal with prejudice acknowledged [58].
> JMS, DJ 3/27/24
> Distribution via ECF

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, by counsel, respectfully stipulate to the dismissal of this case, with prejudice, with each party bearing their own attorney fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/ *Benjamin C. Ellis* | /s/ *Erin L. Malone* (w/ permission) |
| Benjamin C. Ellis | John E. Phillips |
| HKM EMPLOYMENT ATTORNEYS LLP | Erin L. Malone |
| 320 N. Meridian St., Ste. 615 | PHELPS DUNBAR LLP |
| Indianapolis, IN 46204 | 100 S. Ashley Dr., Ste. 2000 |
| P/F  \|  (317) 824-9747 | Tampa, FL 33602 |
| Email  \|  bellis@hkm.com | Phone  \|  (813) 472-7863 |
| | Fax  \|  (813) 472-7570 |
| | Email  \|  john.phillips@phelps.com |
| | erin.malone@phelps.com |
| *Counsel for Plaintiffs Mohamed Kaba and Abdul Lee* | *Counsel for Defendant* LABCORP DRUG DEVELOPMENT INC. |